# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| In re:   DAVID JOHN COOKE | Chapter 13 |
| TINA GURLEY COOKE | Case No.: 05-72517-FJS |
| Debtors | |

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| (Debtor(s) or Creditor(s) name and address) | (Amount of dividend) |
|---|---|
| CHEVRON CREDIT BANK NA<br>2001 DIAMOND BLVD<br>PO BOX 5010 SECTION 230<br>CONCORD, CA 94524-0010 | $33.13 |

| | |
|---|---|
| Date: August 24, 2009 | /s/ George W. Neal |
| | George W. Neal<br>Chapter 13 Standing Trustee<br>870 Greenbrier Circle, Suite 402<br>Chesapeake, VA  23320<br>(757) 961-3000 |